THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES HAM and FREDERICK FOWLER, Appellants.

(Argued October 19, 1936; decided December 1, 1936.)

*Sidney M. Gottesman, David F. Price* and *Benjamin Schifter* for Charles Ham, appellant.

*Edward J. Reilly, Ella Bernard* and *Louis Drago* for Frederick Fowler, appellant.

*William F. X. Geoghan, District Attorney (Edward H. Levine* and *Henry J. Walsh* of counsel), for respondent.

As to each defendant, judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.